UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KACY NICHOLE MUSTAIN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　　　　Defendant. | Case No.: 21cv1392-BLM<br><br>**ORDER GRANTING JOINT MOTION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**<br><br>**[ECF NO. 19]** |

On August 3, 2021, Plaintiff filed a complaint in this matter seeking judicial review of the denial of her application "for a period of disability, disability insurance benefits, and supplemental security income benefits." ECF No. 1.

On December 5, 2022, the parties filed a Joint Motion for Voluntary Remand. ECF No. 19. The parties seek to have the matter remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) "to offer Plaintiff a new decision." Id. at 2. In support, the parties state that "[o]n remand, the Commissioner will further develop the record as necessary, and issue a new decision." Id.

Based upon the parties' Joint Motion to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), and for cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the

terms of the Motion to Remand. The Court **DIRECTS** the Clerk of Court to enter judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner, and to terminate this action in its entirety.

**IT IS SO ORDERED**.

Dated: 12/6/2022

Hon. Barbara L. Major
United States Magistrate Judge